# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Naomi Springer,

                Plaintiff,

                                                Civ. No. 09-1439 (RHK/JJG)
                                                     **ORDER**

v.

McLane Company, Inc.,

                Defendant.

---

     This matter is before the Court *sua sponte*. Defendant has filed a Motion for Summary Judgment in this matter, which is scheduled to be heard on February 9, 2010. Having reviewed the parties' Motion papers, the Court has concluded that oral argument will not materially assist its resolution of the Motion. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the February 9, 2010 hearing on Defendant's Motion is **CANCELED**, and the Motion is deemed submitted on the written record as of the date of filing Defendant's Reply brief, January 28, 2010.

Dated: February 1, 2010                                             s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                         United States District Judge